# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Keven Walker | **Repayment Agreement and Order** | No: 4:19-CR-00003-002 |

On March 16, 2020, Keven Walker was sentenced to 54 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Walker. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on March 16, 2020, I have been ordered to pay a total restitution of $33,446.00 and a special assessment of $200.00.

2.  On June 22, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on December 9, 2021. The current balance of my restitution is $32,887.19.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of May, 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

| _Keven Walker_ | 5/7/2025 |
| Keven Walker | Date |
| _Eugene L. Autry, II_, U.S. Probation Officer | 5/07/2025 |
| | Date |
| Assistant U.S. Attorney | 05/08/2025 |
| | Date |

**THE COURT ORDERS:**

X☒ Approval   ☐ Disapproval

S/Clay D. Land
Clay D. Land
U.S. District Judge

5/09/2025
Date

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Keven Walker | **Repayment Agreement and Order** | No: 4:19-CR-00003-002 |

On March 16, 2020, Keven Walker was sentenced to 54 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Walker. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on March 16, 2020, I have been ordered to pay a total restitution of $33,446.00 and a special assessment of $200.00.

2. On June 22, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on December 9, 2021. The current balance of my restitution is $32,887.19.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of May, 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_Keven Walker_ / Keven Walker              5/7/2025 / Date

_Eugene L. Autry, II_, U.S. Probation Officer     5/07/2025 / Date

_[signature]_ / Assistant U.S. Attorney         05/08/2025 / Date

**THE COURT ORDERS:**

XX Approval    ☐ Disapproval

S/Clay D. Land
Clay D. Land
U.S. District Judge

5/09/2025
Date